THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Maria Rodriguez, Appellant.
 
 
 
 
 

Appeal From Horry County
Steven H. John, Circuit Court Judge

Unpublished Opinion No.   2011-UP-012
 Submitted January 1 ,2011  Filed January
24, 2011

AFFIRMED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for
 Appellant.
 Attorney General Alan Wilson, Chief Deputy Attorney
 General John W. McIntosh,  Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Christina J. Catoe, all of Columbia; and
 Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM: Maria Rodriguez appeals her conviction for
 trafficking cocaine, second-offense, in an amount between ten and twenty-eight
 grams.  On appeal, Rodriguez argues the trial court erred in admitting
 testimony regarding the police's knowledge of Rodriguez's possession of the car
 and previous police incidents involving Rodriguez and the car.  We
 affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:  
 State v. Stanley, 365 S.C. 24, 42-43, 615 S.E.2d 455, 464 (Ct. App.
 2005) ("In order to prove constructive possession, the State must show the defendant
 had dominion and control, or the right to exercise dominion and control, over either the drugs or the premises upon which the drugs are  found."); Id. at 43, 615 S.E.2d at 465 ("The State must show the defendant had dominion or control over the thing allegedly possessed or had the right to exercise dominion or
 control over it."); State v. Wise, 272 S.C. 384, 387, 252 S.E.2d 294, 295-96 (1979) (finding
 evidence of the defendant's ownership and operation of the truck where the drugs
 were found is sufficient to prove the defendant had dominion and control over
 the drugs).
AFFIRMED.
FEW, C.J., SHORT and
 WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.